# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AZIENDE CHIMICHE RIUNITE ANGELINI FRANCESCO A.C.R.A.F. S.p.A.,<br><br>    Plaintiff,<br><br>    v.<br><br>CROSSMEDIKA S.A.,<br><br>    Defendant. | Civil Action No.  21-455-RGA |

## STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the time for defendant CrossMedika S.A. to move, plead, or otherwise respond to plaintiff's complaint is further extended by sixty days through and including December 27, 2021.

DATED: October 26, 2021

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR LLP | SHAW KELLER LLP |
| */s/ Karen L. Pascale* | */s/ John W. Shaw* |
| Karen L. Pascale (#2903) | John W. Shaw (No. 3362) |
| Robert M. Vrana (#5666) | Andrew E. Russell (No. 5382) |
| Rodney Square | I.M. Pei Building |
| 1000 North King Street | 1105 North Market Street, 12th Floor |
| Wilmington, DE  19801 | Wilmington, DE 19801 |
| Telephone: (302) 571-6600 | (302) 298-0700 |
| kpascale@ycst.com | jshaw@shawkeller.com |
| rvrana@ycst.com | arussell@shawkeller.com |
| *Attorneys for Plaintiff, Aziende Chimiche Riunite Angelini Francesco A.C.R.A.F. S.p.A.* | *Attorneys for Defendant, CrossMedika S.A.* |

SO ORDERED this _____ day of October, 2021.

_____
RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE

28750601.1